# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Mark Steen,

           Plaintiff,      Case No. 21-cv-12206

v.                              Judith E. Levy
                               United States District Judge

Warren Screw Products, Inc.,

                               Mag. Judge Curtis Ivy, Jr.

           Defendant.

_____/

## **JUDGMENT**

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

                                          KINIKIA D. ESSIX
                                          CLERK OF THE COURT

                               By:   s/William Barkholz
                                          DEPUTY COURT CLERK

Date: December 22, 2022

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE